1 Roman Otkupman
Otkupman Law Firm, ALC
2 28632 Roadside Dr., Suite 203
Agoura Hills, CA 91301
3 Direct: 1.818.918.2841
Main: 1.818.293.5623
4 Fax: 1.888.850.1310

5 Attorneys for Plaintiff
ANTHONY EDMONDSON

6
Allison Vasquez Saunders, Bar No. 220010
7 Stefan H. Black, Bar No. 284499
Shanda Lowe, Bar No. 278602
8 FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
9 Los Angeles, CA 90071
Telephone: 213-237-2400
10 Facsimile: 213-237-2401

11 Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EDMONDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., and DOES 1-100,<br><br>Defendants. | Case No. 2:17-cv-02048-MCE-AC<br><br>**JOINT STIPULATION OF DISMISSAL; ORDER THEREON** |

**TO THE HONORABLE COURT:**

Plaintiff Anthony Edmondson and Defendant Wal-Mart Associates, Inc. stipulate that the above-captioned action should be dismissed in its entirety with prejudice pursuant to Federal Code of Civil Procedure 41(a)(1)(A)(ii).

| | | |
|---|---|---|
| Dated: July 2, 2018 | | Respectfully submitted, |
| | | FORD & HARRISON LLP |
| | | By: */s/ Stefan H. Black* |
| | | Stefan H. Black |
| | | Shanda Lowe |
| | | Attorneys for Defendant |
| | | WAL-MART ASSOCIATES, INC. |
| | | |
| Dated: July 2, 2018 | | Respectfully submitted, |
| | | OTKUPMAN LAW FIRM |
| | | By: _____ |
| | | Roman Otkupman |
| | | Ndish Farishta |
| | | Attorneys for Plaintiff |
| | | ANTHONY EDMONDSON |

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and enters the following order:

1. The above-captioned matter is hereby dismissed as to all parties and all causes of action with prejudice. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED

**Dated: July 30, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE